NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAURA A. HUNT,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent .*

---

2014-3041

---

Petition for review of the Merit Systems Protection Board in No. CH-0831-12-0753-I-1.

---

**ON MOTION**

---

**O R D E R**

The Office of Personnel Management moves for a 15-day extension of time, until January 31, 2014, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                           HUNT v. OPM


                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court


s21